NEW PALTZ, HIGHLAND AND POUGHKEEPSIE TRACTION COMPANY, Appellant, *v.* THE COUNTY OF ULSTER, Defendant, and THE TOWN OF LLOYD, Respondent.

*Appeal — failure to file undertaking and return.*

Reported below, 202 App. Div. 234.

(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment, entered July 24, 1922, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file a proper undertaking or any return on appeal.

*Andrew Wright Lent* for motion.

*Joseph A. Duffy* opposed.

Motion denied, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES E. WHALEN, Appellant.

*Appeal — failure to file return.*

*People* v. *Whalen*, 199 App. Div. 968, appeal dismissed.

(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1921, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

The motion was made upon the ground of failure to file the required return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted.